IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER LEON CORE,            )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          CASE NO. 3:07-CV-878-MHT
                                 )
JAY JONES, et al.,               )
                                 )
          Defendants.            )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Christopher Leon Core. ["Core"], a former county inmate, filed this 42 U.S.C. § 1983 action on October 2, 2007.  In this complaint, Core challenges the medical treatment provided to him during his confinement at the Lee County Detention Center. The court recently ascertained that Core no longer resides at the last address he had provided for service.  The order of procedure entered in this case specifically directed Core to immediately inform the court of any change in his address.  *Order of October 19, 2007 - Court Document No. 7* at 6.  Core has failed to comply with directive and this case cannot properly proceed in his absence.  The court therefore concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court.

It is further

ORDERED that on or before December 27, 2007 the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general

objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 12th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

2