IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEON CORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAY JONES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:07cv878-MHT<br>(WO) |

## FINAL JUDGMENT

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case be and hereby is DISMISSED without prejudice.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of January, 2008.

                                               /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE